IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELLEN GRIMMETT, on behalf of herself and other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RYBAK & ASSOCIATES INC., et al.,<br><br>Defendants. | CASE NO. 1:19-cv-01897-SO<br><br>JUDGE SOLOMON OLIVER, JR.<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br>**<u>STIPULATED ORDER</u>** |

This matter is before the Court on the Parties' Joint Motion for Approval of Confidential Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).  The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in their Confidential Settlement Agreement and General Release ("Release").

Having reviewed the Joint Motion, the Release, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order approving the Settlement and the Release as follows:

1. The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. § 201 *et seq.*, on behalf of Plaintiff Ellen Grimmett.

2. The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

3. The Court approves the Release, and orders that the Settlement be implemented according to the terms and conditions of the Release and as directed herein.

4. The Court retains jurisdiction over the above-captioned action to enforce the terms of the Parties' Confidential Settlement Agreement and General Release

**IT IS SO ORDERED:**

Date: 10/15/2020

/s/ Solomon Oliver, Jr.
SOLOMON OLIVER, JR.
United States District Judge

**SO STIPULATED:**

/s/ David W. Neel
David W. Neel, Esq. (0033611)
David W. Neel, LLC
13800 Shaker Blvd., Ste. 102
Cleveland, Ohio 44120
Telephone: (216) 522-0011
Facsimile: (844) 548-3570
dwneel@neellaw.com

and

/s/ James A. Marx
James A. Marx (0038999
SHAPERO & GREEN, LLC
Signature Square II, Suite 220
25101 Chagrin Boulevard
Beachwood, Ohio  44122
Office: (216) 831-5100
Fax:    (216) 831-9467
Email:  jmarx@shaperolaw.com

Attorneys for Plaintiff Ellen Grimmett

/s/ Ricardo J. Cardenas
Ricardo J. Cardenas, Esq. (0067265)
Cardenas, Ruple, & Kurt, LLC  16781
4770 Beidler Rd.
Willoughby, Ohio 44094
Telephone: (440) 499-4540
Facsimile: (440) 745-0800
rcardenas@crk-law.com

Attorney for Defendants